UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDO FARINAS VILLAFANE,<br><br>                              Petitioner,<br><br>v.<br><br>WARDEN, OTAY MESA DETENTION CENTER,<br><br>                              Respondent. | Case No.:  26-CV-1541 JLS (BLM)<br><br>**ORDER REFERRING PETITION TO FEDERAL DEFENDERS FOR EVALUATION REGARDING APPOINTMENT OF COUNSEL**<br><br>(ECF No. 1) |

Presently before the Court is Petitioner Wilfredo Farinas Villafane's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 ("Pet.," ECF No. 1).  Having reviewed the Petition, the Court finds that summary dismissal of the Petition is unwarranted at this time.  *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false.") (citing *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990)).  However, the Court finds that the Petition lacks sufficient detail for the Court to meaningfully consider the requested relief.  Accordingly, the Court **REFERS** this Petition to Federal Defenders for an evaluation of whether appointment of counsel would be beneficial to Petitioner.  The Court requests that Federal Defenders make its evaluation and file a status report or appropriate motion, e.g., an amended petition, by

April 2, 2026.  The Clerk of the Court **SHALL SERVE** a copy of this Order and the Petition on the Federal Defenders of San Diego, Inc.

      **IT IS SO ORDERED.**

Dated:  March 12, 2026

Hon. Janis L. Sammartino
United States District Judge

2

26-CV-1541 JLS (BLM)